# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MELISSA ANN OROZCO,

              Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

              Defendant.

_____/

Case No. 1:23-cv-01373-SKO

**ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

(Doc. 2)

Plaintiff Melissa Ann Orozco filed a complaint on September 19, 2023, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

2.    The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:  __September 21, 2023__          _____/s/ *Sheila K. Oberto*_____
                                      UNITED STATES MAGISTRATE JUDGE