PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ANN OROZCO,<br><br>   Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Civil No. 1:23-cv-01373-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 17) |

  IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 40 days, from March 17, 2024, to April 26, 2024, for Defendant to file his Cross-Motion for Summary Judgment.  Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

  This is Defendant's first request for an extension of time.  Plaintiff's counsel does not oppose the requested extension.

  The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension.  Due to ongoing staffing fluctuations and organizational changes, the undersigned counsel for the Commissioner has been tasked with additional duties including

serving as a jurisdictional coordinator, reviewing other attorneys' work, training and mentoring new attorneys, and handling more cases, with responsibility for over 40 cases pending in District Court and the Ninth Circuit, including a Ninth Circuit argument scheduled for April 1, 2024. Additionally, the undersigned counsel for the Commissioner will be out of the office for almost two weeks in March traveling with an aged parent.  As a result, and despite diligent efforts to comply with this Court's Scheduling Order, the Commissioner needs an extension in the instant case to review the administrative record, consider the issues that Plaintiff has raised, confer with his client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: March 8, 2024    PENA & BROMBERG, PLC

By: */s/ Jonathan O. Pena*  
JONATHAN O. PENA  
Attorneys for Plaintiff  
[*As authorized by e-mail on Mar. 8, 2024]

Dated: March 11, 2024    PHILLIP A. TALBERT  
United States Attorney  
MATHEW W. PILE  
Associate General Counsel  
Office of Program Litigation, Office 7

By:    */s/ Margaret Branick-Abilla*  
MARGARET BRANICK-ABILLA  
Special Assistant United States Attorney  
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation (Doc. 27), IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on April 26, 2024, and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

IT IS SO ORDERED.

Dated:   **March 11, 2024**         */s/ Sheila K. Oberto*

1
2   UNITED STATES MAGISTRATE JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28